**No. 39041.**—Protest 848777–G of California Brush Co. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of palmyra fiber the same as that passed upon in *American Push Broom & Brush Co. v. United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.

**No. 39042.**—Protests 796990–G, etc., of California Brush Co. et al. (Portland, Oreg.).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of palmyra fiber the same as that passed upon in *American Push Broom & Brush Co. v. United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.

**No. 39043.**—Protest 780721–G (A) of Popper Gray & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft v. United States* (T. D. 47955) the protest was sustained.

**No. 39044.**—Protests 780697–G, etc., of N. Dorman & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft v. United States* (T. D. 47955) the protests were sustained.

**No. 39045.**—Protests 771053–G, etc., of Otto Roth & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli v. United States* (T. D. 49389) the protests were sustained.

**No. 39046.**—Protests 796718–G, etc., of Ossola Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli v. United States* (T. D. 49389) the protests were sustained.

**No. 39047.**—Protests 755531–G, etc., of Kirsch Bros., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli v. United States* (T. D. 49389) the protests were sustained.